UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GREGORY WILLIAMS,<br>    Plaintiff<br><br>v.<br><br>ALEX AND ANI, LLC,<br>    Defendant | :<br>:<br>:<br>:   C.A. No. 1:17-cv-00161-M-LDA<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant, by and through their respective counsel of record, hereby stipulate to the dismissal of Plaintiff's Complaint, with prejudice, without fees or costs to any party, and with all rights of appeal waived.

| Plaintiff,<br>By his attorneys, | Defendant,<br>By its attorneys, |
|---|---|
| /s/ V. Edward Formisano<br>V. Edward Formisano (#5512)<br>Michael D. Pushee (#6948)<br>Formisano & Co., P.C.<br>100 Midway Place, Suite 1<br>Cranston, RI 02920<br>(401) 944-9691<br>edf@formisanoandcompany.com<br>mpushee@formisanoandcompany.com | /s/ Sally P. McDonald<br>Sally P. McDonald (#8265)<br>Geragos & Geragos, P.C.<br>Historic Engine Co. No. 28<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>(213) 625-3900<br>sally@geragos.com |

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 30th day of October, 2018 and is available for viewing and downloading from the ECF system

/s/ V. Edward Formisano